UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:18-cr-137-T-23CPT | DATE: October 15, 2018 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** | Callan Albritton, AUSA |
| **vs.** | |
| **NESTOR DANIEL MONTOYA-MALDONADO** | Deeann Athan, CJA |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: David Tremmel |
| TIME: 8:40 a.m.–9:11 a.m. | TOTAL: 31 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

The defendant pleaded guilty to count one of the indictment.

Imprisonment: **fifty-seven months**

Supervised Release: **sixty months**

Special Condition:
1.) If the defendant is deported, he shall not re-enter the United States without the express permission of the United States.
2.) If the defendant is not deported, he must participate in a substance abuse program, follow the probation officer's instructions with respect to the program, contribute to the cost of the program in accord with the applicable sliding scale, and submit to random drug testing.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are imposed, not to exceed 104 tests per year.

*******************************************

Fine: waived

Restitution: n/a

Special Assessment: $100, due immediately

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court will take under consideration the defendant's place of confinement.

The defendant is advised of his right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) ||
|---|---|
| Total Offense Level: | 25 |
| Criminal History Category: | I |
| Imprisonment Range: | 57–71 months |
| Supervised Release Range: | 2–5 years |
| Restitution: | n/a |
| Fine Range: | $20,000–$5,000,000 |
| Special Assessment: | $100 |